UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-494-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **ORDER TO SEAL** |
| | ) **[DOCKET ENTRY NUMBER 169]** |
| THEODUS LEWIS WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 169 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, **29** day of **January**, 2021.

JAMES C. DEVER III
United States District Judge